IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                          ORDER

                Plaintiff,

                                                                   09-cr-71-bbc

     v.

BRENDA LEE McCLELLAND,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       No objections having been received to the report and recommendation entered herein by the United States Magistrate Judge on September 23, 2009, IT IS ORDERED that the magistrate judge's recommendation is ADOPTED. FURTHER, IT IS ORDERED that defendant Brenda Lee McClelland's motion to dismiss the indictment is DENIED.

       Entered this 13th day of October, 2009.

                                                     BY THE COURT:
                                                   /s/
                                                 BARBARA B. CRABB
                                                 District Judge